UNITED STATES of America,
Plaintiff—Appellee,

v.

Lorenzo BUTTS, Jr., Defendant—
Appellant.

No. 09–7803.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 10, 2010.

Decided: June 22, 2010.

Lorenzo Butts, Jr., Appellant Pro Se. Kevin Michael Comstock, Joseph Evan DePadilla, Assistant United States Attorneys, Norfolk, Virginia, for Appellee.

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lorenzo Butts, Jr., appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Butts*, No. 2:00–cr–00067–JBF–1 (E.D. Va. Aug 14, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*